Tanya E. Moore. SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Hendrik Block

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BASCOM BUSINESS, INC. dba MINI GOURMET; CANH HOLDINGS, LLC;<br><br>　　　　Defendants. | Case No. 5:19-cv-03748-SVK<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION** |

　　WHEREAS, Defendants have not filed an answer or motion for summary judgment;

　　WHEREAS, Plaintiff and Defendants have settled the matter;

　　WHEREAS, no counterclaim has been filed;

　　Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: August 7, 2019　　　　　　　　　　MOORE LAW FIRM, P.C.

　　　　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　　Hendrik Block